# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00457-CV

**Stanley West, Appellant**

**v.**

**D&A West Ranch Family Limited Partnership, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO 3 OF HAYS COUNTY
### NO. 19-0474-C, THE HONORABLE TACIE MARIE ZELHART, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Stanley West has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).

_____

Edward Smith, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed on Appellant's Motion

Filed: January 22, 2020